IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT TUCKER, III, | ) |
| Plaintiff, | ) ) ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-244 (MTT) |
| RALPH SEARCY, | ) ) ) |
| Defendant. | ) ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 30). The Magistrate Judge recommends granting the Plaintiff's Motion to Amend (Doc. 11) his Complaint to reassert claims against former Defendants Sheriff Peacock, Major Kilgore, Dr. Busbee and the County Commissioner of Upson County.[1] However, following a 28 U.S.C. § 1915A screening of the amended Complaint, Judge Hyles recommends dismissing these new claims. The Plaintiff has not filed an objection to this Recommendation.

The Court has reviewed the Recommendation, and the Recommendation is adopted and made the order of this Court. The claims in the Plaintiff's amended

---

[1] The Court in a previous Order (Doc. 12) adopted the Magistrate Judge's Recommendation (Doc. 8) to dismiss claims against these parties following a 28 U.S.C. § 1915A review. However, during the objection period following that Recommendation, the Plaintiff filed a Motion to Amend (Doc. 11) his Complaint. The Court left that motion for the Magistrate Judge to address, which he has done by way of his Recommendation.

Complaint against Sheriff Peacock, Major Kilgore, Dr. Busbee, and the County Commissioner of Upson County are **dismissed** pursuant to 28 U.S.C § 1915A(b)(1).

**SO ORDERED**, this 22nd day of May, 2013.

<u>S/ Marc T. Treadwell</u>
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT