IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | |
|---|---|
| ROBERT TUCKER, III, | ) |
| Plaintiff, | ) |
| v. | ) CIVIL ACTION NO. 5:12-CV-244 (MTT) |
| RALPH SEARCY, | ) |
| Defendant. | ) |

## ORDER

This matter is before the Court on the Recommendation of United States Magistrate Judge Stephen Hyles. (Doc. 42). The Magistrate Judge recommends granting the Defendant's motion for summary judgment (Doc. 31) because the Plaintiff cannot show the Defendant was deliberately indifferent to his medical needs. The Plaintiff has filed an objection to the Recommendation. (Doc. 43).

The Court has reviewed the Recommendation. Pursuant to 28 U.S.C. § 636(b)(1), the Court has also considered the Plaintiff's objection and made a de novo determination of the portions of the Recommendation to which the Plaintiff objects.

The Recommendation is adopted and made the order of this Court. The Defendant's motion for summary judgment is **GRANTED**.

**SO ORDERED**, this 25th day of March, 2014.

S/ Marc T. Treadwell
MARC T. TREADWELL, JUDGE
UNITED STATES DISTRICT COURT